CO-386
Rev. 10/03

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**

DEC 26 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CENTER FOR BIOLOGICAL DIVERSITY    ) Plaintiff
v.
DEP'T OF THE INTERIOR ET AL.    ) Defendant

Case: 1:07-cv-02317
Assigned To : Huvelle, Ellen S.
Assign. Date : 12/26/2007
Description: FOIA/Privacy Act

### CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for __Center for Biological Diversity__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Center for Biological Diversity__, which have any outstanding securities in the hands of the public. __None__

These representations are made in order that judges of this court may determine the need for recusal.

Signature: [signed]

DC Bar No. 455266
Bar Identification Number

William John Snape, III
Print Name

5268 Watson St, NW
Address

Washington DC 20016
City   State   Zip

202-537-3458 / 202-536-9351
Telephone Number

2