UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY )<br>1333 N. Oracle Road )<br>Tucson, Arizona 85705 )<br>  )<br>        Plaintiff, )<br>    v. )<br>  )<br>U.S. DEPARTMENT OF INTERIOR )<br>1849 C Street, N.W. )<br>Washington, D.C. 20240 )<br>  )<br>U.S. FISH AND WILDLIFE SERVICE )<br>1849 C Street, N.W. )<br>Washington, D.C. 20240 )<br>  )<br>        Defendants. )<br>                                                                  ) | Civil Action No. 07-2317 (ESH)<br>ECF |

NOTICE OF APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of Mercedeh Momeni, Assistant United States Attorney, as counsel of record for defendants, in the above-captioned case.

Respectfully submitted,

__/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)

CERTIFICATE OF SERVICE

    I hereby certify that on this 22nd day of January, I caused the foregoing Praecipe to be served on Plaintiff's attorney, **William J. Snape, III,** via the Court's Electronic Case Filing system.

                                                  __/s/_____
                                                  MERCEDEH MOMENI
                                                  Assistant United States Attorney
                                                  555 4th Street, NW
                                                  Washington, DC 20530
                                                  (202) 305-4851