UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY )<br>)<br>Plaintiff, )<br>v. )<br>)<br>U.S. DEPARTMENT OF INTERIOR, )<br>)<br>and )<br>)<br>U.S. FISH AND WILDLIFE SERVICE, )<br>)<br>Defendants. )<br>) | Civil Action No. 07-2317 (ESH)<br>ECF |

CONSENT MOTION TO EXTEND TIME TO RESPOND TO
PLAINTIFF'S COMPLAINT AND PROPOSED BRIEFING SCHEDULE

The United States Department of the Interior and Fish and Wildlife Services (collectively "Defendants"), through and by undesigned counsel, respectfully move for extension of time to respond to Plaintiff's Complaint, through and including March 11, 2008. Good cause exists to grant this motion. In support of this motion, Defendants say as follows and herewith attach a proposed briefing schedule:

1. Defendants response to Plaintiff's Complaint is due on February 4, 2008.

2. Defendants intend to file a dispositive motion, in lieu of an answer and therefore require additional time. This time is principally required due to a need for the undersigned to coordinate efforts with the Agency counsel in drafting the dispositve motion.

3. Defendants therefore request that the Court approve the attached proposed briefing schedule, with the following time line:

\*      Defendants' dispositive motion shall be filed no later than March 11, 2008;

\*      Plaintiff's opposition and cross motion (if any), shall be filed on or before April 11, 2008; and,

\*        Defendants' response to Plaintiff's filing(s) shall be filed on or before May 2, 2008.

4. Pursuant to Local Rule 7(m), the parties conferred via telephone and electronic mail. Plaintiff's counsel graciously consented to the relief requested.

5. This is the first request made to enlarge this filing deadline.

WHEREFORE, Defendants request that this enlargement be granted, and that the Court adopt the attached briefing schedule.

> Respectfully submitted,
>
> __/s/_____
> JEFFREY A. TAYLOR, D.C. Bar #498610
> UNITED STATES ATTORNEY
>
> _/s/_____
> RUDOLPH CONTRERAS, D.C. Bar #434122
> Assistant United States Attorney
>
> _/s/_____
> MERCEDEH MOMENI
> Assistant United States Attorney
> Civil Division
> 555 4th Street, N.W.
> Washington, D.C.  20530
> Tel: (202) 305-4851

CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of January, I caused the foregoing *Motion to Extend* and attachments to be served on Plaintiff's attorney, **William J. Snape, III,** via the Court's Electronic Case Filing system.

\_\_/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY )<br>)<br>Plaintiff, )<br>v. )<br>)<br>U.S. DEPARTMENT OF INTERIOR )<br>)<br>and )<br>)<br>U.S. FISH AND WILDLIFE SERVICE, )<br>)<br>Defendants. )<br>) | Civil Action No. 07-2317 (ESH)<br>ECF |

## **ORDER**

Upon consideration of Defendants' Motion To Extend Time to Respond to Plaintiff's Complaint, and the entire record herein, the Court is of the opinion and finds that, for the reasons set forth by Defendants, that Defendants' motion should be GRANTED. Deadlines for filings related to dispositive motions shall be as follows:

* Defendants' dispositive motion, in lieu of an answer shall be filed no later than March 11, 2008;

* Plaintiff's opposition and cross motion (if any), shall be filed on or before April 11, 2008; and,

* Defendants' response to Plaintiff's filing(s) shall be filed on or before May 2, 2008.

Accordingly, it is on this _____ day of _____, 200____,

1

ORDERED that Defendants' Motion be and is hereby GRANTED.

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via ECF.