UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF INTERIOR,<br>U.S. FISH AND WILDLIFE SERVICE,<br><br>Defendants. | Civil Action No. 07-2317 (ESH) |

**SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Harry B. Roback, Assistant United States Attorney, as counsel of record for defendants in the above-captioned case. The Clerk of Court will withdraw the appearance of Mercedeh Momeni as counsel for defendants.

Respectfully submitted,

/s/ Harry B. Roback
Harry B. Roback (D.C. Bar #485145)
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
March 4, 2008
Tel: (202) 616-5309
Fax: (202) 514-8780

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 4th day of March, 2008, I caused the foregoing Substitution of Counsel to be served on Plaintiff's attorney, William J. Snape, III, via the Court's Electronic Case Filing system.

                                      /s/ Harry B. Roback
                                      Harry B. Roback (D.C. Bar #485145)
                                      Assistant United States Attorney
                                      555 4th Street, NW
                                      Washington, DC 20530
                                      (202) 616-5309