UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-2317 (ESH) |
| U.S. DEPARTMENT OF INTERIOR, U.S. FISH AND WILDLIFE SERVICE, | ) ) ) | |
| Defendants. | ) ) | |

**CONSENT MOTION TO REVISE BRIEFING SCHEDULE**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants respectfully request that the Court revise the briefing schedule in this Freedom of Information Act ("FOIA") matter. Specifically, Defendants request that the Court extend the deadline for them to file a dispositive motion in response to Plaintiff's complaint from March 11, 2008 until April 8, 2008. Counsel for Plaintiff consents to this motion. As Defendants set forth below, good cause exists for this extension.

  1. In the complaint, Plaintiff Center for Biological Diversity alleges that the Department of Interior, including the Fish and Wildlife Service, have violated FOIA by failing to respond fully and in a timely manner to 11 requests for information.

  2. Defendants' response to the complaint is currently due on March 11, 2008.

  3. Defendants have been diligently working towards responding to the complaint in this action. At the same time, Defendants have continued to search for additional documents that are responsive to the plaintiff's FOIA requests. On February 27, 2008, Defendants provided a final

response to ten of the eleven FOIA requests, which included releasing 785 pages of documents in full without any redactions. Defendants are close to completing this process for the eleventh FOIA request and anticipate releasing additional documents to the Plaintiff shortly.

    4. Defendants believe that releasing these additional documents may resolve many, if not all, of the issues in this matter.

    5. In addition, new counsel from the United States Attorney's Office has very recently been assigned to this matter. Defendants' new counsel is working diligently to familiarize himself with the facts of this case and to coordinate with in-house counsel for Defendants. However, new counsel needs additional time to respond to the complaint in this matter.

    6. For the foregoing reasons, Defendants respectfully requests that the Court approve the attached proposed briefing schedule.

Respectfully submitted,

_____
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/ Harry B. Roback
Harry B. Roback (D.C. Bar #485145)
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
Tel: (202) 616-5309
Fax: (202) 514-8780

March 4, 2008

## CERTIFICATE OF SERVICE

    I hereby certify that on this 4th day of March, 2008, I caused the foregoing Motion to Revise Briefing Schedule to be served on Plaintiff's attorney, William J. Snape, III**,** via the Court's Electronic Case Filing system.

                              /s/ Harry B. Roback
                              Harry B. Roback (D.C. Bar #485145)
                              Assistant United States Attorney
                              555 4th Street, NW
                              Washington, DC 20530
                              (202) 616-5309

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF INTERIOR, )<br>U.S. FISH AND WILDLIFE SERVICE, )<br>)<br>Defendants. )<br>) | Civil Action No. 07-2317 (ESH) |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion To Revise Briefing Schedule, and the entire record herein, the Court hereby

ORDERS that the motion is GRANTED.

IT IS FURTHER ORDERED that deadlines for filings related to dispositive motions shall be as follows:

* Defendants' dispositive motion, in lieu of an answer, shall be filed no later than April 8, 2008;

* Plaintiff's opposition and cross motion (if any), shall be filed on or before May 9, 2008; and,

* Defendants' response to Plaintiff's filing(s) shall be filed on or before May 30, 2008.

SO ORDERED.

Date: _____            _____
                                   UNITED STATES DISTRICT JUDGE