UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-2317 (ESH) |
| U.S. DEPARTMENT OF INTERIOR, U.S. FISH AND WILDLIFE SERVICE, | ) ) ) | |
| Defendants. | ) ) ) | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Center for Biological

Diversity hereby dismisses this civil action.  Each party shall bear its own costs and attorneys'

fees.

Respectfully submitted,

/s/ William J. Snape, III
William J. Snape, III, D.C. Bar # 455266
Center for Biological Diversity
5268 Watson Street, N.W.
Washington, DC 200016
Tel: 202-536-9351

JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/ Harry B. Roback
Harry B. Roback, D.C. Bar  #485145
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
Tel:  (202) 616-5309
April 2, 2008
Fax: (202) 514-8780